## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT: I, *Nancy Rodriguez*, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 105 W "F" Street 3rd Floor San Diego, California 92101-6036. I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I hand delivered a copy of the following documents:

*1) NOTICE OF MOTION AND MOTION TO ALLOW DEFENDANT'S COUNSEL OR HIS REPRESENTATIVE TO ENTER THE MCC SAN DIEGO WITH RECORDER/CAMERA EQUIPMENT*

at the following address:

**Nelly Klein**
**MCC San Diego**
**808 Union Street**
**San Diego, CA 92101**

I declare under penalty of perjury that the foregoing is true and correct

Executed on August 1, 2008

*[signature]*
Nancy Rodriguez